AO 442 (Rev. 11/11) Arrest Warrant

FILED _____ LODGED
X RECEIVED _____ COPY

MAR 0 1 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Arizona

United States of America
v.
Larry Edward Brown, Jr.

)
)
)
)
)
)

Case No.   CR-24-00355-PHX-SPL

~~SEALED~~

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Larry Edward Brown, Jr.
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18:1112 and 1114(a)(2) - Involuntary Manslaughter of an Officer of the United States

*Issuing officer's signature*

City and state:     Phoenix, Arizona

M. Pruneau, Deputy Clerk
*Printed name and title*

ISSUED ON 12:05 pm, Feb 29, 2024
☑ Debra D. Lucas, Clerk

cc: PTS

| Return |
| --- |

This warrant was received on *(date)* 2/29/2024 and the person was arrested on *(date)* 3/1/2024
at *(city and state)* Peoria AZ

Date: 3/1/2024

by: *Ryan Kim.*
*Arresting officer's signature*
arrested by FBI
*Printed name and title*