**JASON D. LAMM # 018454**
Law Office of Jason Lamm
2501 North Seventh Street
Phoenix, AZ  85006-1047
Telephone: (602) 222-9237
Facsimile: (602) 222-2299
Email:  jlamm@cyberlawaz.com

**JEFFREY H. JACOBSON # 019502**
Jacobson Law Firm
570 N. Columbus Blvd., Ste. B
Tucson, AZ  85711-2972
Telephone: (520) 834-8034
Facsimile: (520) 844-1011
Attorneys for Defendant BROWN

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**, | Case No.: 2:24-cr-00355-SPL |
| Plaintiff, | **DEFENDANT'S STATUS REPORT RE:  DISCOVERY** |
| vs. | |
| **Larry Edward Brown, Jr.**, | |
| Defendant | |

Defendant, through counsel, provides a status report to the Court concerning the progress of discovery in this matter. On June 3, 2024, the Court held a Status Hearing. (Doc. 30). At the Status Hearing, the Court engaged the parties in substantial dialogue concerning the Government's failure to produce various items of discovery that had been requested by Defendant but had not yet been provided to

the prosecution by the Federal Bureau of Investigation. Notably, the Government did not argue that Defendant was not entitled to the disclosure requested through counsel. Thereafter, the Court set a firm trial date. (Doc. 35).

Thirty days have now passed since the Status Hearing. Defendant advises the Court that in the month since the Status Hearing, the Government has provided no additional discovery to Defendant.

Respectfully submitted this 3rd day of July, 2024.

/s/ Jason D. Lamm
Jason D. Lamm

/s/ Jeffrey H. Jacobson
Jeffrey H. Jacobson
Attorneys for Defendant

### CERTIFICATE OF SERVICE

I certify that on this date, I emailed the attached document to all parties of record in the Court's ECF System.

/s/ Jason D. Lamm
Jason D. Lamm
Attorney for Defendant Brown