1  **JASON D. LAMM # 018454**
   **Law Office of Jason Lamm**
2  **2501 North Seventh Street**
   **Phoenix, AZ  85006-1047**
3  **Telephone: (602) 222-9237**
   **Facsimile: (602) 222-2299**
4  **Email:  jlamm@cyberlawaz.com**
5
   **JEFFREY H. JACOBSON # 019502**
6  **Jacobson Law Firm**
   **570 N. Columbus Blvd., Ste. B**
7  **Tucson, AZ  85711-2972**
   **Telephone: (520) 834-8034**
8  **Facsimile: (520) 844-1011**
   **Email:  jeff@jacobsonlawfirm.net**
9  **Attorneys for Defendant BROWN**
10
11
12              **UNITED STATES DISTRICT COURT**
13              **FOR THE DISTRICT OF ARIZONA**
14

15  **United States of America**,        )    **Case No.: 2:24:cr-00355-SPL**
                                          )
16            Plaintiff,                  )    **Joint Stipulated Description**
                                          )    **Of the Case**
17        vs.                             )
                                          )
18                                        )
    **Larry Edward Brown, Jr.**,          )
19                                        )
              Defendant                   )
20                                        )
                                          )
21

22        Pursuant to Doc. 35 (at 5:22), the parties submit the following Joint

23  Stipulated Description of the Case to be read to the jury in this matter:

24        *The Government alleges that on August 17, 2023, in the District*
    *of Arizona, the defendant, Larry Edward Brown, Jr., using his firearm in*
25  *a grossly negligent manner, caused the death of Patrick Bauer, a*
    *federal law enforcement officer.  The Defendant denies this allegation*
26  *and has entered a plea of not guilty.*

1

LAW OFFICES OF JASON D. LAMM
2501 North Seventh Street
Phoenix, AZ  85006-1047
(602) 222-9237 ◆ Fax (602) 222-2299

1

Respectfully submitted this 12th day of January 2025

2

/s/ Jason D. Lamm

3

Jason D. Lamm
Jeffrey H. Jacobson

4

Attorneys for Defendant

5

/s/ Monica E. Ryan (with consent)

6

Monica E. Ryan
Nathaniel J. Walters

7

Assistant United States Attorneys

8

9

**CERTIFICATE OF SERVICE**

10

11

I hereby certify that on January 12, 2025, I electronically submitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and notice will be sent to all parties by operation of the Court's electronic filing system.

12

13

14

/s/ Kathryn A. Miller

15

16

17

18

19

20

21

22

23

24

25

26