GARY M. RESTAINO
United States Attorney
District of Arizona
MONICA E. RYAN
NATHANIEL J. WALTERS
Assistant U.S. Attorneys
405 W. Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Email: Monica.Ryan@usdoj.gov
       Nathaniel.Walters@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-24-0355-PHX-SPL |
| Plaintiff, | **NOTICE OF CONFESSIONS, ADMISSIONS, AND STATEMENTS PURSUANT TO LOCAL RULE 16.1** |
| vs. | |
| Larry Edward Brown, Jr., | |
| Defendant. | |

Pursuant to Rule 16.1 of the Local Rules of Criminal Procedure, the United States provides notice that any and all confessions, admissions, and statements made by the Defendant to any law enforcement authority (whether federal, tribal, or other), during the investigation and prosecution of this matter, or in any way related to the charged offense, will be introduced into evidence at trial. *See United States v. Hall*, 742 F.2d 1153, 1156 (9th Cir. 1984); *United States v. Long*, 455 F.2d 962, 963 (9th Cir. 1972).

Although not required by Rule 16.1, the United States also gives notice that any statements the Defendant made to civilians may be introduced into evidence by the United States at trial. These statements include but are not limited to the statements made by the Defendant in the presence of any potential witnesses.

The United States has provided these confessions, admissions, and statements in discovery, in the form of written reports and statements. These statements include but are

not limited to statements the Defendant made to other federal agents present at the scene of the crime alleged in the Indictment in this case, and statements the Defendant made at Sonoran Crossing Medical Center on August 17, 2023.

Any statements made by the Defendant discovered after this filing will be timely disclosed, and the United States notices that it will use any such statements at trial as well.

Respectfully submitted this 13th day of January, 2025.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Monica E. Ryan*
MONICA E. RYAN
NATHANIEL J. WALTERS
Assistant U.S. Attorneys